UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN JOSEPH FADER,

        Plaintiff,

   v.

YOUNG K. SHIN,

        Defendant.

Case No. C21-5059 TSZ-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) Plaintiff Kevin Fader's Motion to Stay, docket no. 18, is DENIED;

(2) The Court ADOPTS the Report and Recommendation, docket no. 17;

(3) The Court GRANTS defendant's motion to dismiss pursuant to FRCP 12(b)(6);

(4) Plaintiff's complaint is DISMISSED without prejudice and with leave to amend; and

(5) The Court REFERS this matter back to Magistrate Judge Fricke for any further proceedings. The Clerk is directed to send a copy of this Order to the parties in this action.

Dated this 26th day of August, 2021.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1